**DISMISS; and Opinion Filed May 12, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00556-CV

### SHANIQUA MITCHELL, Appellant
### V.
### DEMARCUS GRACE, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03106**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Before the Court is appellant's motion for nonsuit that we treat as a motion to dismiss the appeal. Appellant has informed the Court that she no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150556F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHANIQUA MITCHELL, Appellant

No. 05-15-00556-CV      V.

DEMARCUS GRACE, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-11-03106.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DEMARCUS GRACE recover his costs of this appeal from appellant SHANIQUA MITCHELL.

Judgment entered this 12th day of May, 2015.